UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| THOMAS J. MURRER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br><br>Defendants. | Case No. 3:24-cv-00049 |

**WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.1, Defendant Wells Fargo Bank, N.A. states that:

1. Wells Fargo Bank, N.A. is a national banking association organized under the laws of the United States, and is a wholly-owned indirect subsidiary of Wells Fargo & Company.

2. WFC Holdings, LLC is the parent company of Wells Fargo Bank, N.A., and Wells Fargo & Company is the parent corporation of WFC Holdings, LLC.

3. Wells Fargo & Company (WFC) is a publicly-traded company. Based on public filings, we are not currently aware of any 10% or greater WFC shareholders.

4. Wells Fargo's main office is located in South Dakota.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: February 13, 2024

Respectfully submitted,

*/s/ Katherine E. Lehnen*
Katherine E. Lehnen (VSB No. 92357)
**McGuireWoods LLP**

800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
klehnen@mcguirewoods.com

K. Issac deVyver (*pro hac forthcoming*)
Jarrod Shaw (*pro hac forthcoming*)
Karla Johnson (*pro hac forthcoming*)
**McGuireWoods LLP**
260 Forbes Avenue
Suite 1800
Pittsburgh, PA  15222-3142
Tel.: (412) 667-6000
Fax: (412) 667-6050
KdeVyver@mcguirewoods.com
JShaw@mcguirewoods.com
KJohnson@mcguirewoods.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                      */s/ Katherine E. Lehnen*
                                                      Katherine E. Lehnen

                                                      *Counsel for Defendant Wells Fargo Bank, N.A.*