# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| THOMAS J. MURRER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                Defendant. | Case No. 3:24-cv-49 |

### DEFENDANT WELLS FARGO BANK, N.A.'S
### MOTION TO COMPEL ARBITRATION

Defendant Wells Fargo, N.A. ("Wells Fargo") moves this Court for an order compelling Plaintiff Thomas J. Murrer ("Plaintiff") to arbitrate his claims against Wells Fargo pursuant to the terms of the parties' agreements to arbitrate and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, ("FAA"), as the parties have enforceable agreements to arbitrate, and any issues of arbitrability have been clearly delegated to the arbitrator. As such, this matter should be dismissed.

The bases for this Motion are set forth in the memorandum in support filed contemporaneously with this Motion. For the reasons in the memorandum, Wells Fargo respectfully requests that its Motion be granted and that the parties be compelled to arbitration.

Dated:  March 25, 2024                                   Respectfully submitted,

                                                                           **MCGUIREWOODS LLP**


                                                                           */s/ Katherine E. Lehnen*
                                                                           Katherine E. Lehnen (VSB No. 92357)
                                                                           McGUIREWOODS LLP
                                                                           Gateway Plaza

1

800 East Canal Street
Richmond, VA
Telephone: (804) 775 1000
Facsimile: (804) 775 1061
Email: klehnen@mcguirewoods.com

Jarrod D. Shaw (*pro hac vice*)
K. Issac deVyver (*pro hac vice*)
Karla L. Johnson (*pro hac vice*)
McGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667 7907
Email: jshaw@mcguirewoods.com
Email: kdevyver@mcguirewoods.com
Email: kjohnson@mcguirewoods.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I caused the foregoing document to be filed with the Clerk of the Court and served upon on all counsel of record via the Court's CM/ECF system.

>*/s/ Katherine E. Lehnen*
>Katherine E. Lehnen (VSB No. 92357)
>McGUIREWOODS LLP
>Gateway Plaza
>800 East Canal Street
>Richmond, VA
>Telephone: (804) 775 1000
>Facsimile: (804) 775 1061
>Email: klehnen@mcguirewoods.com
>
>*Attorney for Defendant*
>*Wells Fargo Bank, N.A.*